# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2789

_____

HERBERT L. DAVIS,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

March 11, 2026

PER CURIAM.

The Court dismisses Petitioner's pro se Petition for Writ of Habeas Corpus. *See Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003).

RAY, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Herbert L. Davis, pro se, Petitioner.

No appearance for Respondent.